■ JAMES JUDGE et al., Appellants, v LUKAS KADEMOFF et al., Respondents.—In an action for specific performance of an agreement for the sale of real property or, in the alternative, *inter alia,* for damages, plaintiffs appeal from (1) an order of the Supreme Court, Queens County, dated September 1, 1977, which denied their motion to reargue a decision of that court, dated April 20, 1977, and (2) an order of the same court, dated September 9, 1977, which was entered upon the April 20, 1977 decision, and which (a) denied their motion to set a date for a hearing on the question of damages and (b) dismissed the complaint as abandoned. Appeal from the order dated September 1, 1977 dismissed, without costs or disbursements. No appeal lies from the denial of a motion to reargue a decision. Order dated September 9, 1977 modified, on the law, by deleting therefrom the second decretal paragraph and substituting therefor a provision granting judgment in favor of plaintiffs in the sum of $2,500, without interest, costs or disbursements. As so modified, order affirmed, without costs or disbursements, and action remanded to Trial Term for entry of an appropriate judgment in accordance herewith. The inordinate delay in proceeding to a hearing on the question of plaintiffs' alleged damages, which delay was due directly to their attorney's egregious neglect, cannot be condoned. At the same time, for defendants to retain the $2,500 deposit would constitute unjust enrichment. Martuscello, J. P., Shapiro, Cohalan and Margett, JJ., concur.

■ MICHAEL P. KANE, an Infant by KATHLEEN KANE as Parent and Natural Guardian, et al., Appellants, v AZIZ B. ZADE, Respondent, et al., Defendant.—In a medical malpractice action, the plaintiffs appeal from (1) a judgment of the Supreme Court, Kings County, entered April 25, 1977 in favor of defendant Dr. Aziz B. Zade and against them, upon a jury verdict and (2) an order of the same court, dated March 22, 1977, which denied their motion to set aside the verdict. Appeal from the order dismissed, without costs or disbursements *(Matter of Aho,* 39 NY2d 241, 248). Judgment affirmed, without costs or disbursements. After thoroughly examining the transcript of the trial, in particular the statements made by defendant Zade and his counsel, which plaintiffs contend prejudiced them severely in the eyes of the jurors, it is our opinion that the plaintiffs received a fair and proper trial. These statements, which are the basis of the plaintiffs' appeal, were not prejudicial. It would appear that the jurors reached their verdict after due and proper consideration of the evidence presented to them. In any case, plaintiffs' failure to move for a mistrial on the ground which they now claim constituted prejudicial and reversible error amounted to a waiver of this objection (see *Reilly v Wright,* 55 AD2d 544; *Dunne v Lemberg,* 54 AD2d 955, mot for lv to app den 40 NY2d 809; *Schein v Chest Serv. Co.,* 38 AD2d 929). Martuscello, J. P., Suozzi, Rabin and Hawkins, JJ., concur.